ROBERT GOOD v. LORETTA GOOD.— Motion for stay denied and temporary

stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.